**KALIEL PLLC**
Jeffrey D. Kaliel (CA Bar No. 238293)
jkaliel@kalielpllc.com
Sophia Goren Gold  (CA Bar No. 307971)
sgold@kalielpllc.com
1875 Connecticut Ave., NW, 10th Floor
Washington, D.C.  20009
Telephone: (202) 350-4783

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDIE JOHNSON, LISA MCGLOTHEN, and JUSTIN HEARD individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.<br><br>Defendant. | Case No. 5:17-cv-02477-JGB-SP<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Brandie Johnson, Lisa McGlothen, and Justin Heard and Defendant JPMorgan Chase Bank, N.A., by and through their respective attorneys, hereby stipulate that all claims asserted by Plaintiffs individually in this action are dismissed with prejudice and all claims on behalf of the putative class are dismissed without prejudice. All parties shall bear their own costs.

Dated: September 10, 2019       Respectfully submitted,

**KALIEL PLLC**
JEFFREY D. KALIEL

By:   /s/ Jeffrey Kaliel
        Jeffrey Kaliel

Attorney for Plaintiffs

Dated: September 10, 2019       **STROOCK & STROOCK & LAVAN LLP**
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
DAVID W. MOON
CHRISTOPHER R. FREDRICH

By:   /s/ David W. Moon
        David W. Moon

Attorneys for Defendant
    JPMorgan Chase Bank, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of September 2019, that a true and correct copy of the foregoing document was served by electronic mail as furnished via the CM/ECF system.

/s/ Jeffrey Kaliel
Jeffrey Kaliel

**ECF ATTESTATION**

Pursuant to local rules I, Jeffrey Kaliel, attest that David Moon – the other signatory listed in the foregoing document, and on whose behalf the document is being submitted – concurs in the document's contents and has authorized its filing.

/s/ Jeffrey Kaliel
Jeffrey Kaliel